## STATE OF CONNECTICUT *v.* STEPHEN C. MCCULLOUGH

The defendant's petition for certification for appeal from the Appellate Court, 88 Conn. App. 110 (AC 24832), is denied.

*Glenn W. Falk,* special public defender, in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided April 27, 2005

## STATE OF CONNECTICUT *v.* AMIR BROOKS

The defendant's petition for certification for appeal from the Appellate Court, 88 Conn. App. 204 (AC 24902), is denied.

*James M. Fox,* special public defender, in support of the petition.

*Elizabeth M. Moseley,* special deputy assistant state's attorney, in opposition.

Decided April 27, 2005

## PAUL E. O'BRIEN *v.* STOLT-NIELSEN TRANSPORTATION GROUP, LTD., ET AL.

The petition by the defendants Stolt-Nielsen Transportation Group, Ltd., and Samuel Cooperman for certification for appeal from the Appellate Court (AC 25901) is denied.

KATZ and PALMER, Js., did not participate in the consideration or decision of this petition.